Filed 4/28/26  P. v. Block CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>　　　Plaintiff and Respondent,<br><br>　　v.<br><br>CARL EDWARD BLOCK,<br><br>　　　Defendant and Appellant. | D086742<br><br><br>(Super. Ct. No. SCS319612) |

APPEAL from a judgment of the Superior Court of San Diego County, Garry G. Haehnle, Judge.  Affirmed.

Jill Kent, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Carl Edward Block entered into a plea agreement in which he pleaded guilty to one count of making a criminal threat (Pen. Code, § 422) and one count of evading a peace officer (Veh. Code, § 2800.2, subd. (a)).  The parties stipulated Block would receive a two-year eight-month sentence, with execution suspended pending probation.  Block waived the right to appeal

from any stipulated sentence. Block was sentenced in accordance with the plea agreement.

In July 2023, Block admitted a probation violation. He was sentenced to 365 days in jail and reinstated on probation. In February 2024, Block admitted another probation violation. The court imposed the stipulated term of two years eight months.

Previously Block made an oral motion to withdraw his guilty plea claiming he was innocent. The motion was denied.

In July 2025, Block filed a motion to withdraw his guilty plea, a motion he deemed a petition for writ of error coram nobis. Block sought relief under the authority of section 663 of the Code of Civil Procedure. The court denied the petition.

Block filed a timely notice of appeal. His request for a certificate of probable cause was denied.

Appellate counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We offered Block the opportunity to file his own brief on appeal, but he has not responded.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738, counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court erred in denying

Block's motion to withdraw his guilty plea under Penal Code section 1018  or Code of Civil Procedure section 663.

We have independently reviewed the record for error as required by *Wende* and *Anders*.  We have not discovered any arguable issues for reversal on appeal.  Competent counsel has represented Block on this appeal.

DISPOSITION

The judgment is affirmed.


HUFFMAN, J.*

WE CONCUR:


DO, Acting P. J.


BUCHANAN, J.

---

* Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.